UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>HARBOR CUSTOM DEVELOPMENT, INC., *et al.*,<br><br>                   Debtors. | Chapter 11<br><br>Case No. 23-42180<br><br>(Jointly Administered) |
| HARBOR CUSTOM DEVELOPMENT, INC.,<br><br>                   Plaintiff,<br><br>   v.<br><br>BANKUNITED, N.A.,<br><br>                   Defendant. | Adversary No. 24-04010-MJH |
| BANKUNITED, N.A.,<br><br>                   Third-Party Plaintiff,<br><br>   v.<br><br>SOUND CAPITAL CONSTRUCTION, LLC; SOUND HIGH EQUITY INCOME DEBT FUND, LLC; SOUND CAPITAL LOANS, LLC,<br><br>                 Third-Party Defendants. | **STIPULATED ORDER OF DISMISSAL OF ADVERSARY PROCEEDING** |

STIPULATED ORDER OF DISMISSAL
OF ADVERSARY PROCEEDING - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

Case 24-04010-MJH    Doc 81    Filed 11/01/24    Ent. 11/01/24 08:01:07    Pg. 1 of 3

THIS MATTER, having come before the Court on the Ex Parte Stipulated Motion To Dismiss Adversary Proceeding (the "**Motion**"), it is HEREBY **ORDERED** that:

1. The Motion is granted in its entirety.

2. All claims by and between the parties in the above-entitled action, whether by complaint, cross-complaint, or third-party complaint, or answers thereto, are dismissed without prejudice and without fees or costs to any party.

/// End of Order ///

Presented by:

| | |
|---|---|
| CAIRNCROSS & HEMPELMANN, P.S.<br>Attorneys for Harbor Custom Development, Inc.<br><br>By /s/ *Binah Yeung*<br>Binah B. Yeung, WSBA No. 44065<br>Steve VanDerhoef, WSBA No. 20088<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>Telephone: (206) 587-0700<br>Facsimile: (206) 587-2308<br>byeung@cairncross.com<br>svanderhoef@cairncross.com<br><br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>Attorneys for Harbor Custom Development, Inc.<br><br>By /s/ *Eve H. Karasik*<br>Eve H. Karasik (Pro Hac Vice)<br>John-Patrick M. Fritz (Pro Hac Vice)<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>(310) 229-1234<br>ehk@lnbyg.com<br>jfp@lnbyg.com | DAVIS WRIGHT TREMAINE LLP<br>Attorneys for BankUnited, N.A.<br><br>By /s/ *Ragan Powers*<br>Ragan Powers, WSBA No. 11935<br>Hugh McCullough, WSBA No. 41453<br>Lauren Dorsett, WSBA No. 43110<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 622-3150<br>raganpowers@dwt.com<br>hughmccullough@dwt.com<br>laurendorsett@dwt.com<br><br>-and-<br><br>Arthur H. Rice, FL #224723 (Pro Hac Vice)<br>Lorium PLLC<br>101 NE Third Avenue, Suite 1800<br>Ft. Lauderdale, FL 33301 |

STIPULATED ORDER OF DISMISSAL
OF ADVERSARY PROCEEDING - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

Case 24-04010-MJH    Doc 81    Filed 11/01/24    Ent. 11/01/24 08:01:07    Pg. 2 of 3

| | |
|---|---|
| POLSINELLI PC<br>Conflicts Counsel for Harbor Custom Development, Inc.<br><br>By  /s/ *Jane Pearson*<br>Jane Pearson, WSBA No. 12785<br>1000 Second Ave., Suite 3500<br>Seattle, WA 98104<br>(206) 393-5415<br>jane.pearson@polsinelli.com | BUCHALTER, a Professional Corporation<br>Attorneys for Sound Capital Construction, LLC; Sound High Equity Income Debt Fund, LLC; and Sound Capital Loans, LLC<br><br>By  /s/ *Bradley P. Thoreson*<br>Bradley P. Thoreson, WSBA No. 18190<br>Joseph A.G. Sakay, WSBA No. 24667<br>Wendy Lee, WSBA No. 33809<br>1420 Fifth Avenue, Suite 3100<br>Seattle, Washington 98101-1337<br>Telephone: (206) 319-7052<br>bthoreson@buchalter.com<br>jsakay@buchalter.com<br>wlee@buchalter.com |

STIPULATED ORDER OF DISMISSAL
OF ADVERSARY PROCEEDING - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

Case 24-04010-MJH    Doc 81    Filed 11/01/24    Ent. 11/01/24 08:01:07    Pg. 3 of 3